UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

John Doe

v.  Case Number: 4:21–cv–01356

The University of Texas M.D. Anderson Cancer Center, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1600733549?pwd=UkRubzRvSmZvNllkQ29iVEwvNmw3UT09*
Meeting phone number: 669 254 5252
Meeting ID: 160 073 3549
Meeting Password: 483219

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/1/2021

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Pre–Motion Conference

RE: Request for Pre–Motion Conference – #10

Date:   October 25, 2021                                            Nathan Ochsner, Clerk