United States District Court
Southern District of Texas
**ENTERED**
November 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE, § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> THE UNIVERSITY OF TEXAS M.D. § <br> ANDERSON CANCER CENTER *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:21-CV-1356 |

## **ORDER**

Before the Court is a joint request for pre-motion conference for leave to file an amended complaint. Dkt. 10. The Court finds that a pre-motion conference is not necessary, and grants leave for Plaintiff to amend its complaint by the close of business on **November 12, 2021**. Defendant's responsive pleading is due within **21 days** of Plaintiff's filing of amended complaint.

SIGNED at Houston, Texas, this 29th day of October, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE