# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-001356 |
| | § | |
| THE UNIVERSITY OF TEXAS M.D. | § | |
| ANDERSON CANCER CENTER; THE | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT HOUSTON; | § | |
| THE UNIVERSITY OF TEXAS AT | § | |
| HOUSTON POLICE DEPARTMENT; | § | |
| MARGARET MCNEESE; TIFFANY | § | |
| DILLARD OBENG; MICHAEL REDWINE; | § | |
| DEANA MOYLAN; SHERI WAKEFIELD; | § | |
| YOLAN A. CAMPBELL; KAREN D. | § | |
| (HARVEY) REED; VICKI L. KING; | § | |
| KIMBERLY D. MILLER; PATRICIA J. | § | |
| WILLIAMS; and all other affiliated | § | |
| JAKE/JANE DOES, | § | |
|     *Defendants*. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants, The University of Texas M.D. Anderson Cancer Center, The University of Texas Health Science Center at Houston, The University of Texas at Houston Police Department, Margaret McNeese, Tiffany Dillard Obeng, Michael Redwine, Dena Moylan, Sheri Wakefield, Yolan A. Campbell, Karen D. (Harvey) Reed, Vicki L. King, and Kimberly D. Miller (Collectively "Defendants"), hereby give notice to the Court of the appearance of Assistant Attorney General Melinda J. Wetzel as counsel of record. Ms. Wetzel is admitted to practice in the U.S. District Court for the Southern District of Texas and is a member in good standing of the State Bar of Texas. Defendants respectfully request that Ms. Wetzel be served with all future correspondence and pleadings in this case.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

*/s/ Melinda J. Wetzel*
MELINDA J. WETZEL
Texas Bar No. 24115637
Southern Dist. No. 3666447
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4651 | FAX: (512) 320-0667

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served electronically through the electronic-filing manager on this the 16th day of November, 2021, to:

Eddie M. Krenek
Tricia K. Krenek
21555 Provincial Blvd.
Katy, Texas 77450
edkrenek@kreneklaw.com
tkthompson@kreneklaw.com

*/s/ Melinda J. Wetzel*
Melinda J. Wetzel
Assistant Attorney General