UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

John Doe

v.   Case Number: 4:21–cv–01356

The University of Texas M.D. Anderson
Cancer Center, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1611074378?pwd=cVpJbSsweURjL3hyNHVEcWpra1djdz09*
Meeting phone number: 669 254 5252
Meeting ID: 161 107 4378
Meeting Password: 830007

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 1/6/2022

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Pre–Motion Conference

RE: Request for Pre–Motion Conference – #15
Response – #16

Date:   December 22, 2021                                   Nathan Ochsner, Clerk