United States District Court
Southern District of Texas
**ENTERED**
February 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01356 |
| | § | |
| THE UNIVERSITY OF TEXAS M.D. | § | |
| ANDERSON CANCER CENTER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Plaintiff's request for a pre-motion conference. (Dkt. 21). The Court finds that a pre-motion conference is not necessary, and grants Plaintiff's request to file a TRO and/or Temporary Injunction. Defendants' response is due within **7 days** of Plaintiff's filing of its motion for injunctive relief.

SIGNED at Houston, Texas this 16th day of February, 2022.

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE