# KRENEK LAW OFFICES, PLLC

**Eddie M. Krenek**
*Board Certified in Personal Injury Trial Law*
*Board Certified in Consumer and Commercial Law*
*Texas Board of Legal Specialization*

**21555 Provincial Blvd.**
**Katy, Texas 77450**
**Telephone (281) 578-7711**
**Facsimile (281) 578-8988**

**Tricia K. Krenek**
*Attorney*
*Certified Mediator–*
*A. A. White Institute*

*Certified Public Accountant –*
*Texas State Board of Public Accountancy*

February 24, 2022

The Honorable George Hanks
United States District Judge
515 Rusk St., Room 6202
Houston, Texas  77002

**Submitted via EC/CMF**

Re:   Civil Action No. 4:21-cv-01356; *John Doe v. The University of Texas M.D.Anderson Cancer Center, et al*.; In the U.S. District Court for the Southern District of Texas, Houston Division

Dear Judge Hanks:

The parties wish to notify the Court that a resolution has been reached concerning the relief requested in Plaintiff's Motion for TRO/PI (Dkt. 23).  The Court had set a hearing on this matter (Dkt. 25) for Friday, February 25, 2022 at 10AM.  In light of the parties' efforts and the resolution reached, Plaintiff John Doe wishes to withdraw the Motion for TRO/PI, thus obviating the need for a hearing.

Respectfully,

KRENEK LAW OFFICES, PLLC

 /s/  Eddie M. Krenek
Eddie M. Krenek
Texas Bar No. 11724980
Federal Bar No. 10887

*Attorney-in-Charge for Plaintiff*

ACKNOWLEDGEMENT:

/s/ *Jeffrey E. Farrell*
Jeffrey E. Farrell
Assistant Attorney General
Texas Bar No. 00787453
Federal Bar No. 16842

*Attorney-in-Charge for Defendants*