IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br>   *Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF TEXAS M.D.<br>ANDERSON CANCER CENTER, ET AL.,<br>   *Defendants*. | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:21-cv-001356<br>§<br>§<br>§<br>§ |

### JOINT ADVISORY CONCERNING BRIEFING SCHEDULE

Pursuant to the January 6, 2022 pre-motion conference hearing and the Court's minutes on that hearing [Dkt. 18], the parties submitted the requested letter agreement concerning which claims are being asserted against which specific defendants and provided a proposed briefing schedule for the anticipated 12(b) motions [Dkt. 19]. The parties have since agreed to extend by 17 days the previously agreed-upon deadlines as follows:

Defendants' deadline to file motions to dismiss under Rule 12(b):  March 11, 2022

Plaintiff's deadline to file responses to 12(b) motions:  April 28, 2022

Defendants' deadline to file replies to Plaintiff's responses:  May 13, 2022

Defendants anticipate filing one motion for the entity Defendants and one motion for the individual Defendants.

Respectfully submitted,

*/s/ Eddie M. Krenek*
EDDIE M. KRENEK
Texas Bar No. 11724980
Federal Bar No. 10887
KRENEK LAW OFFICES, PLLC
21555 Provincial Blvd.
Katy, Texas 77450

Telephone: (281) 578-7711
Facsimile: (281) 578-8988
edkrenek@kreneklaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

/s/ *Jeffrey E. Farrell*
JEFFREY E. FARRELL
Texas Bar No. 00787453
Federal Bar No. 16842
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
General Litigation Division - 019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
jeffrey.farrell@oag.texas.gov

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing document was served upon the following counsel of record *via* the Court's ECF system on the 25th day of February, 2022:

Eddie M. Krenek
KRENEK LAW OFFICES, PLLC
21555 Provincial Blvd.
Katy, Texas 77450
edkrenek@kreneklaw.com

                                                /s/ *Jeffrey E. Farrell*
                                                JEFFREY E. FARRELL
                                                Assistant Attorney General