IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE,<br>    *Plaintiff*, | §<br>§<br>§ |
| v. | §   CIVIL ACTION NO. 4:21-cv-001356 |
| | § |
| THE UNIVERSITY OF TEXAS M.D.<br>ANDERSON CANCER CENTER, ET AL.,<br>    *Defendants*. | §<br>§<br>§ |

## AMENDED JOINT ADVISORY CONCERNING BRIEFING SCHEDULE

Pursuant to the January 6, 2022 pre-motion conference hearing and the Court's minutes on that hearing [Dkt. 18], the parties submitted the requested letter agreement concerning which claims are being asserted against which specific defendants and provided a proposed briefing schedule for the anticipated 12(b) motions [Dkt. 19]. Defendants will file one motion for the Institutional Defendants and one motion for the Individual Defendants.

The parties have agreed to extend the previously agreed-upon deadlines as follows:

**Institutional Defendants:**

| | |
|---|---|
| March 11, 2022 | Defendants' deadline for Institutional Defendants to file motions to dismiss under Rule 12(b) |
| April 28, 2022 | Plaintiff's deadline to file response to Institutional Defendants' 12(b) motion |
| May 13, 2022 | Institutional Defendants' deadline to file reply to Plaintiff's response |

**Individual Defendants:**

| | |
|---|---|
| March 18, 2022 | Defendants' deadline for Individual Defendants to file motions to dismiss under Rule 12(b) |
| May 5, 2022 | Plaintiff's deadline to file response to Individual Defendants' 12(b) motions |

May 20, 2022              Individual Defendants' deadline to file reply to Plaintiff's response

                          Respectfully submitted,

                          */s/ Eddie M. Krenek*
EDDIE M. KRENEK
Texas Bar No. 11724980
Federal Bar No. 10887
KRENEK LAW OFFICES, PLLC
21555 Provincial Blvd.
Katy, Texas 77450
Telephone: (281) 578-7711
Facsimile: (281) 578-8988
edkrenek@kreneklaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief, General Litigation Division

*/s/ Jeffrey E. Farrell*
JEFFREY E. FARRELL
Texas Bar No. 00787453
Federal Bar No. 16842
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
General Litigation Division - 019
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
jeffrey.farrell@oag.texas.gov

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing document was served upon the following counsel of record *via* the Court's ECF system on the 11th day of March, 2022:

Eddie M. Krenek
KRENEK LAW OFFICES, PLLC
21555 Provincial Blvd.
Katy, Texas 77450
edkrenek@kreneklaw.com

                                   /s/ *Jeffrey E. Farrell*
                                   JEFFREY E. FARRELL
                                   Assistant Attorney General