United States District Court
Southern District of Texas
**ENTERED**
November 30, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-01356 |
| | § | |
| THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER, et al., | § § § | |
| | § | |
| *Defendants.* | § | |

### ORDER GRANTING JOINT MOTION TO STAY DISCOVERY

On this date, the Court considered the parties' Joint Motion to Stay Discovery (the "Motion"). After considering the Motion and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadlines imposed by the current docket control order (ECF 8) are vacated and that all discovery is stayed in this matter until a ruling is issued on the Defendant's Motion to Dismiss. After ten (10) days of the Courts ruling, the parties shall file a new docket control order.

SIGNED this  30th  day of November, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE