United States District Court
Southern District of Texas
**ENTERED**
August 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-1356 |
| § | |
| THE UNIVERSITY OF TEXAS M.D. § | |
| ANDERSON CANCER CENTER, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court previously ordered the parties to provide a joint proposed docket control order within ten days after the Court's ruling on Defendants' motions to dismiss. (Dkt. 48). The Court issued its ruling on January 30, 2023, but the parties have taken no action since then. (Dkt. 49). The parties are **ORDERED** to file a joint status report and a joint proposed docket control order **on or before August 18, 2023**.

SIGNED at Houston, Texas, on August 8, 2023.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE