IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
|     *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-1356 |
| | § | |
| THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER, *ET AL.*, | § § § | |
|     *Defendants*. | § | |

## JOINT STATUS REPORT

Pursuant to the Court's Order as indicated in the Hearing Minutes of September 1, 2023 [Dkt. 54], the parties submit this Joint Status Report for December 2023.

**1.**     **Lead Counsel**

The Attorney in Charge for Plaintiffs is: Eddie M. Krenek
The Attorney in Charge for Defendants is: Benjamin S. Walton

**2.**     **Discovery Continuing**

**Written Discovery**

Extensive written discovery was served by Plaintiff on Defendants, along with discovery from Defendants to Plaintiff. Substantial discovery responses were prepared and submitted/exchanged by the parties. Additionally, thousands of pages of documents were also served along with responses to requests for production and as part of Disclosures. Defendants will be making a rolling document production. Certain documents will require a protective order before being produced, and the parties are working amicably to submit appropriate proposed order(s) to facilitate that production.

The parties are reviewing and sifting through the various discovery responses and document production in preparation for depositions. To the extent there are any disputes concerning discovery responses, the parties will attempt to work through those.

**Depositions**

The parties are working towards scheduling depositions of the core parties in January, with Plaintiff being the first party to be deposed. The parties wish to go through the document productions prior to the commencement of depositions in this case.

3. **Update on Procedural Status of Ancillary Case Pending Before Texas Supreme Court**

   **Update (Reminder)**: [No change] The Texas Supreme Court has granted the Petitions for Review in Case No. 22-0667; Court of Appeals No. 14-20-00588-CV; Trial Court No. 2019-82179. Oral arguments before the Texas Supreme Court are set for Tuesday, January 9, 2024. The synopsis of this matter is set forth in the parties November 2023 Jt. Status Report, for the Court's easy reference.

   The Parties do not currently believe that the Texas Supreme Court's decision in that case will directly affect the proceedings now before this honorable Federal Court; but the parties wish to apprise the Court of substantial activity occurring of a related nature.

4. **Status Update on Criminal Proceedings that are Part of the Factual Events in Plaintiff's Complaint**

   There have been no further changes to the status of the pending criminal proceedings against Plaintiff. The parties do not anticipate any issues with these criminal proceedings that would prevent the depositions of Plaintiff and Individual Defendants to proceed, as discussed above. The Parties' Joint Status Report for October 2023 provides further context relating to the potential issues of concern.

   Respectfully Submitted,

   **KRENEK LAW OFFICES, PLLC**

   */s/ Eddie M. Krenek*
   Eddie M. Krenek
   Texas Bar No. 11724980
   Federal Bar No. 10887
   edkrenek@kreneklaw.com
   *Lead Attorney-In-Charge*

   Tricia K. Thompson
   Texas Bar No. 24031324
   Federal Bar No. 841498
   tkthompson@kreneklaw.com
   Joyce Keating
   Texas Bar No. 11144010
   Federal Bar No. 14159
   joyce@joycekeatinglaw.com
   21555 Provincial Blvd.
   Katy, Texas 77450
   Telephone: (281) 578-7711
   Fax: (281) 578-8988

   **ATTORNEY-IN-CHARGE FOR PLAINTIFF**

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Benjamin S. Walton*
**BENJAMIN S. WALTON**
*Attorney in Charge*
Texas Bar No. 24075241
Southern District Bar No. 2338094
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon the following counsel of record *via* the Court's ECF system on the 6th day of December, 2023:

Benjamin S. Walton
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Benjamin.walton@oag.texas.gov

/s/ *Eddie M. Krenek*
Eddie M. Krenek