IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-1356 |
| | § | |
| **THE UNIVERSITY OF TEXAS M.D.** | § | |
| **ANDERSON CANCER CENTER,** *ET AL.*, | § | |
| | § | |
| *Defendants*. | § | |

## JOINT NOTICE OF SETTLEMENT

The parties (Plaintiff and all Defendants) file this Joint Notice of Settlement, respectfully informing the Court of the following:

After a recent mediation, the parties reached an agreement to fully settle and resolve this case. Because Defendants are state agencies (and employees of those agencies), state law requires the settlement of this case to be reviewed and/or approved by authorities beyond the direction or control of any party to this case. The parties are working diligently to do what they can to begin obtaining the reviews and/or approvals required by law. Should the proposed settlement fail to obtain the requisite approvals for any reason, the parties will promptly notify the Court and work together to propose new scheduling deadlines at that time, as may be appropriate. However, the parties are currently working together amicably and diligently to ensure the process is proceeding as expeditiously as possible, and they anticipate continuing to do so until final approvals have been obtained, payments are subsequently issued, and formal dismissal papers can then be filed. The parties will notify the Court if any unforeseen difficulties arise requiring the Court's attention in this matter, and the parties are willing to provide the Court with any further status updates the Court may desire.

Respectfully Submitted,

**KRENEK LAW OFFICES, PLLC**

*/s/ Eddie M. Kren*ek
Eddie M. Krenek
Texas Bar No. 11724980
Federal Bar No. 10887
edkrenek@kreneklaw.com
*Lead Attorney-In-Charge*

Tricia K. Thompson
Texas Bar No. 24031324
Federal Bar No. 841498
tkthompson@kreneklaw.com
Joyce Keating
Texas Bar No. 11144010
Federal Bar No. 14159
joyce@joycekeatinglaw.com
21555 Provincial Blvd.
Katy, Texas 77450
Telephone: (281) 578-7711
Fax: (281) 578-8988

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Benjamin S. Walton*
**BENJAMIN S. WALTON**
*Attorney in Charge*
Texas Bar No. 24075241
Southern District Bar No. 2338094
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon the following counsel of record *via* the Court's ECF system on the 22nd day of March, 2024:

Benjamin S. Walton
P.O. Box 12548, Capitol Station Austin,
Texas 78711-2548
Benjamin.walton@oag.texas.gov


/s/ *Eddie M. Krenek*
Eddie M. Krenek