IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHN DOE,** *Plaintiff*, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-1356 |
| **THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,** *ET AL.*, *Defendants*. | § § § § § | |

## STIPULATION OF DISMISSAL

The parties (Plaintiff and all Defendants who have appeared in this action) hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed **WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

The Court previously entered a Conditional Dismissal Order [Dkt. 70]. The parties notify the Court that dismissal with prejudice is appropriate as to all counts and all parties.

Respectfully Submitted,

**KRENEK LAW OFFICES, PLLC**

*/s/ Eddie M. Krenek*
Eddie M. Krenek
Texas Bar No. 11724980
Federal Bar No. 10887
edkrenek@kreneklaw.com
*Lead Attorney-In-Charge*

Tricia K. Thompson
Texas Bar No. 24031324
Federal Bar No. 841498
tkthompson@kreneklaw.com
Joyce Keating
Texas Bar No. 11144010
Federal Bar No. 14159
joyce@joycekeatinglaw.com
21555 Provincial Blvd.
Katy, Texas 77450
Telephone: (281) 578-7711
Fax: (281) 578-8988

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Benjamin S. Walton*
**BENJAMIN S. WALTON**
*Attorney in Charge*
Texas Bar No. 24075241
Southern District Bar No. 2338094
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served upon the following counsel of record *via* the Court's ECF system on the 14th day of June, 2024:

Benjamin S. Walton
P.O. Box 12548, Capitol Station Austin,
Texas 78711-2548
Benjamin.walton@oag.texas.gov


/s/ *Eddie M. Krenek*
Eddie M. Krenek